UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| SENECA LOVETT ENGEL,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK ENGEL, MILLER POLICE DEPARTMENT, CITY OF MILLER, SOUTH DAKOTA, JIM HENSON, MILLER POLICE DEPARTMENT, OFFICIALLY AND INDIVIDUALLY; SHANNON SPECK, MILLER POLICE DEPARTMENT, OFFICIALLY AND INDIVIDUALLY; AND VARIOUS JOHN AND JANE DOES, MILLER POLICE DEPARTMENT, OFFICIALLY AND INDIVIDUALLY;<br><br>Defendants. | 3:21-CV-03020-RAL<br><br><br>ORDER GRANTING DEFENDANT DEREK ENGEL'S MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT |

Defendant Derek Engel has filed a Motion for Additional Time to Respond to Complaint, Doc. 11, seeking 45 additional days past November 26, 2021, to answer or otherwise respond to Plaintiff's Complaint. Plaintiff Seneca Lovett Engel and Defendant Derek Engel are in the process of a divorce, and Defendant Derek Engel states that he needs additional time to hire an attorney past a December 1, 2021, date when Plaintiff Seneca Lovett Engel is "to remove $15,000 of debt from [his] name." Dec. 11. The co-defendants do not object, but Plaintiff's counsel does. For good cause, it is

ORDERED that the Motion for Additional Time to Respond to Complaint, Doc. 11, is granted, such that Derek Engel has until January 10, 2022, to answer or otherwise respond to Plaintiff's Complaint. It is further

ORDERED that the Clerk of Court mail a copy of this order to Defendant Derek Engel.

DATED this 1st day of December, 2021.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE
